UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>          Plaintiff,<br><br>   v.<br><br>SISIDIO, *et al.*,<br><br>          Defendants. | Case No. 1:22-cv-00860-AWI-CDB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CORRECTION OF APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 9) |

Plaintiff Jared Andrew Martin is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On July 18, 2022, the Court entered an order granting Plaintiff's request for leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. 1915. (ECF No. 6.) On his IFP application, Plaintiff inadvertently wrote "T. Jarrett, et al" as the defendants. (ECF No. 2.) The Court accepted the application for filing in this case, despite Plaintiff's scrivener's error.

By the instant motion, Plaintiff advises that T. Jarrett was the defendant in Case No. 1:22-cv-00760-AWI-HBK and seeks to correct the error in his IFP application filed in this case. (ECF No. 9.) The Court accepts Plaintiff's correction by interlineation, and Plaintiff need not file a new IFP application.

///

///

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for correction of his application to proceed IFP (ECF No. 9) is GRANTED.

IT IS SO ORDERED.

Dated: __**November 16, 2022**__    _____
UNITED STATES MAGISTRATE JUDGE