1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SISIDIO, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00860-ADA-CDB (PC)<br><br>ORDER TO SHOW CAUSE<br><br>**FOURTEEN (14) DAY DEADLINE** |

  Plaintiff Jared Andrew Martin is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On April 11, 2023, the Court entered an Order of Reassignment advising the case had been reassigned to a different District Judge for further proceedings. (Doc. 12.) On April 17, 2023, the U.S. Postal Service returned the order as "Undeliverable, Not in Custody." (Doc. 4.) To date, Plaintiff has not updated his address with the Court.

  As explained in the Court's first informational order, a party appearing *pro se* must keep the Court advised of his current address. (Doc. 4 at 5.) Pursuant to Local Rule 183(b), if mail directed to a *pro se* plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." LR. 183(b).

///

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing, **within fourteen (14) days** from the date of service of this Order, why this action should not be dismissed for his failure to comply with the Local Rules and failure to prosecute.

**Failure to comply with this Order will result in a recommendation that this case be dismissed for failure to comply with the Local Rules and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **June 29, 2023**

_____
UNITED STATES MAGISTRATE JUDGE