UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>            Plaintiff,<br><br>     v.<br><br>SISIDIO, et al.,<br><br>            Defendants. | No.  1:22-cv-00860-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY COURT ORDERS, FAILURE TO COMPLY WITH THE LOCAL RULES, AND FAILURE TO PROSECUTE<br><br>(ECF No. 14) |

Plaintiff Jared Andrew Martin was a county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this action without prejudice due to Plaintiff's failure to obey court orders, failure to comply with the Local Rules, and failure to prosecute. (ECF No. 14.)  The findings and recommendations were served on Plaintiff's address on file with the Court and contained notice that Plaintiff had fourteen days within which to file objections. (*Id.* at 4.) Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has passed.[1]

---

[1] On July 27, 2023, the findings and recommendations were returned as "Undeliverable, Not in Custody." (*See* docket.)  Pro se parties are "under a continuing duty to notify the Clerk and all other parties of any change of address." E.D. Cal. R. 182(f).  "Absent such notice, service of documents at the prior address of the . . . pro se party

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 21, 2023, (ECF No. 14), are adopted in full;
2. This action is dismissed without prejudice due to Plaintiff's failure to obey a court order, failure to comply with the Local Rules, and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2023                              _____
                                                      UNITED STATES DISTRICT JUDGE

---

shall be fully effective." *Id.* If mail is returned to the Court as undeliverable, and the pro se party fails to notify the Court of an address change within sixty-three days, "the Court may dismiss the action without prejudice for failure to prosecute." *Id.* 183(b).